IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER METZGER, ET AL.,<br><br>       Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION, ET AL.,<br><br>       Defendants.<br>_____/ | No. C 09-05965 JSW<br><br><br><br><br>**ORDER SETTING BRIEFING<br>AND HEARING SCHEDULE** |

This matter is set for a hearing on March 12, 2010 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 16, 2010 and a reply brief shall be filed by no later than February 23, 2010.

In addition, the hearing set for Defendants' motion to stay is CONTINUED from February 26, 2010 to March 12, 2010 at 9:00 a.m. The reply brief on Defendants' motion to stay shall be filed no later than February 12, 2010.

If the Court determines that the matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE